# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1418
_____

JEREMY BENFIELD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender; Steven L. Seliger and Justin Ward, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.